JOHN E. SMITH, Respondent, v. GRACE L. SMITH, Also Known as Mrs. WARREN L. SMITH, Appellant.— Order denying defendant's motion to open default unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

R. LANDAU & COMPANY, INC., Respondent, v. THE OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., and Another, Appellants.— Order granting plaintiff's motion for examination of defendants before trial and production of certain documents and records unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE SALVATION ARMY, Respondent, v. CHARLES S. SIMPSON, Appellant, Impleaded with Others.— Order denying defendant's motion for an order directing referee to sell property at an early date pursuant to interlocutory judgment, unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SANTO LOMBARDI, Administrator, etc., of MADALINE LOMBARDI, Deceased, Respondent, v. CONTINENTAL CONSTRUCTION CORPORATION and Another, Defendants. C. ARTHUR ARNSTEIN, Appellant.— Order granting plaintiff's motion for substitution of attorneys and fixing attorney's lien in the sum of ten per cent of any settlement or judgment collected unanimously modified by providing that the motion be remitted to the Special Term to fix the amount of the attorney's lien on the basis of the reasonable value of the services rendered by him to the date of substitution, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

KENLON COAL COMPANY, INC., Respondent, v. ROSE YAVERBAUM, Appellant.— Order denying defendant's motion for judgment dismissing the complaint for failure to prosecute unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GLADYS C. DUNN, Respondent, v. J. ALLAN DUNN, Appellant.— Order granting plaintiff's motion for a preference and placing cause on the Trial Term reserve calendar for the October, 1935, term unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CELIA PLATKIN, Appellant, v. VALVOLINE OIL COMPANY, Respondent.— Order granting defendant's motion to compel service by plaintiff of an amended complaint unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve a further amended complaint within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.